Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **International Orange Spa, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1580552** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2421 Larkspur Landing Circle**<br>**Suite 43**<br>**Larkspur, CA 94939**<br>Number, Street, City, State & ZIP Code | **65 Hermit Lane**<br>**Kentfield, CA 94904**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Marin**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.internationalorange.com** |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8121__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | Relationship |
|--------|--------------|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | |
|---|---|
| ⬛ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 11, 2020**
                MM / DD / YYYY

**X** **/s/ Melissa Ferst**                                    **Melissa Ferst**
Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Michael St. James**                          Date **October 11, 2020**
Signature of attorney for debtor                              MM / DD / YYYY

**Michael St. James**
Printed name

**St. James Law, P.C**
Firm name

**22 Battery Street, Suite 888**
**San Francisco, CA 94111**
Number, Street, City, State & ZIP Code

Contact phone   **(415) 391-7568**      Email address   **michael@stjames-law.com**

**95653 CA**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 11, 2020**        X */s/ Melissa Ferst*
_____
                                                                    Signature of individual signing on behalf of debtor

                                                                    **Melissa Ferst**
_____
                                                                    Printed name

                                                                    **President**
_____
                                                                    Position or relationship to debtor

| | |
|---|---|
| Debtor name | **International Orange Spa, Inc.** |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA** | |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cross River Bank Attn: Bankruptcy 400 Kelby St. 14th Floor Fort Lee, NJ 07024** | **Bankruptcy/Loss Mitigation** **(201) 808-7000** | **SBA Loan made through the Paycheck Protection Program (PPP).** | | | | **$562,607.00** |
| **Gift Certificates Various Holders** | **N/A** **N/A** **N/A** | **Unliquidated gift certificates** | **Unliquidated** | | | **$1,400,000.00** |
| **Markel Corporate Headquarters Attn: Bankruptcy 4521 Highwoods Parkway Glen Allen, VA 23068** | **Marcia Adams** **Marcia.Adams@ Markel.com** **(804) 217-8746** | **Worker's Compensation insurance classification/rate increase.** | **Disputed** | | | **$14,765.00** |
| **U.S. Small Business Administration Attn: EIDL Loans 455 Market St. suite 600 San Francisco, CA 94105** | **Bankruptcy Dept.** **disastercustomerservice@sba.gov** **(415) 744-6820** | **Economic Injury Disaster Loan secured by a blanket lien.** | | **$149,900.00** | **$0.00** | **$75,900.00** |
| **Vera Cort, Trustee/Landlord 757 3rd Avenue San Francisco, CA 94189** | **Mark R. Meyer, Esq; mm@losch-ehrlich.com** **cortpropertiesvc@gmail.com; cortproperties@gmail.com (415) 684-8885** | **Lease rejection damages re: 2044 Fillmore St. 2nd Floor, San Francisco, CA 94115.** | **Unliquidated Disputed** | | | **$350,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 20-30812    Doc# 1    Filed: 10/11/20    Entered: 10/11/20 15:49:57    Page 6 of 46

**Fill in this information to identify the case:**

Debtor name  **International Orange Spa, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $    **756,842.79**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................ $    **756,842.79**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    **149,900.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $    **1,424,981.53**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$    **1,051,983.48**

4.  Total liabilities ...................................................................................................................
    Lines 2 + 3a + 3b                 $    **2,626,865.01**

Debtor name    **International Orange Spa, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$500.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank: PO Box 6995, Portland, OR 97228** | **Business Checking** | **5250** | **$49,844.04** |
| 3.2. | **Wells Fargo Bank: PO Box 6995, Portland, OR 97228** | **Business Savings** | **6773** | **$612,573.75** |
| 3.3. | **Bank of Marin Bancorp: 504 Redwood Blvd, Novato, CA 94947** | **Business Checking** | **9901** | **$2,500.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$665,417.79** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 20-30812    Doc# 1    Filed: 10/11/20    Entered: 10/11/20 15:49:57    Page 8 of 46

|  | **Security deposit held by Lessor, Vera Cort, Trustee/Landlord, 757 3rd Avenue, San Francisco CA 94189; for Debtor's business property where Debtor is Lessee, located at:** | |
|---|---|---|
| 7.1. | **2044 Fillmore Street, 2nd floor, San Francisco, CA 94115** | **$14,448.00** |

|  | **Security deposit held by Lessor, Marin County Mart, LLC c/o J.S. Rosenfield & Co., 921 Montana Ave, Attn: James S. Rosenfield, Santa Monica CA 90403; for Debtor's business property where Debtor is Lessee, located at: 2421 Larkspur Landing Circle, Ste. 43,** | |
|---|---|---|
| 7.2. | **Larkspur, CA 94939.** | **$10,000.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          **$24,448.00**

      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
□ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

□ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Retail inventory of finished goods for sale located at: 2421 Larkspur Landing Circle, Ste. 43, Larkspur, CA 94939.** | **N/A** | **Unknown** | **Recent cost** | **$48,527.00** |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                          **$48,527.00**

       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office furniture located at: 2421 Larkspur Landing Circle, Ste. 43, Larkspur, CA 94909**<br>**10 Massage Tables: $5,000**<br>**Lounge/Deck funiture: $1,000**<br>**Retail tables and benches: $500** | Unknown | Replacement | $6,500.00 |
| 40. **Office fixtures**<br>**Office fixtures located at: 2421 Larkspur Landing Circle, Ste. 43, Larkspur, CA 94909**<br><br>**Chandelier $3,500**<br>**2 Vintage Lamps $500** | Unknown | Replacement | $4,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer equipment located at 2421 Larkspur Landing Circle, Ste. 43, Larkspur, CA 94909.**<br><br>**5 Management Laptops: $3,750**<br>**3 Office Printers: $400**<br>**5 Monitors/Hardrives: $750** | Unknown | Replacement | $3,900.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                  | $14,400.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Leased Vehicle: 2019 Mazda CX-5  Utility 4D Touring 2WD I4 in good condition; Mileage = 11,000; NADA Average trade-in value = $20,950.00; Vehicle is leased to Debtor who holds legal title only and has no equitable (0%) ownership interest in vehicle; Vehicle will be returned to Lessor upon lease completion.** | **$20,950.00** | **Comparable sale** | **$0.00** |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Spa equipment located at: 2421 Larkspur Landing Circle, Ste. 43, Larkspur, CA 94939**<br><br>**10 Oxygen Machines : $2,500**<br>**8 Microderm Machines: $400**<br>**10 Steamers: $500**<br>**10 Mag Lights $250** | **Unknown** | **Replacement** | **$3,650.00** |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$3,650.00** |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    Patents, copyrights, trademarks, and trade secrets | | | |
| 61.    Internet domain names and websites | | | |
| 62.    Licenses, franchises, and royalties | | | |
| 63.    Customer lists, mailing lists, or other compilations | | | |
| 64.    Other intangibles, or intellectual property | | | |
| 65.    Goodwill Trade name, goodwill and other intangibles | Unknown | N/A | Unknown |

**66.    Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

**71.    Notes receivable**
Description (include name of obligor)

**72.    Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.    Interests in insurance policies or annuities**

Case: 20-30812    Doc# 1    Filed: 10/11/20    Entered: 10/11/20 15:49:57    Page 12 of 46

| Debtor | **International Orange Spa, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Cleaning supplies located at: 2421 Larkspur Landing Circle, Ste. 43, Larkspur, CA 94939** | **$250.00** |
| **Office supplies located at: 2421 Larkspur Landing Circle, Ste. 43, Larkspur, CA 94939.** | **$150.00** |
| **Miscellaneous personal property of no realizable value abandoned in place at San Francisco business location: 2044 Fillmore Street, 2nd Floor, 94115** | **$0.00** |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$400.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | International Orange Spa, Inc. | Case number (If known) |
|--------|-------------------------------|------------------------|
|        | Name                          |                        |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------:|-------------------------------:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $665,417.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $24,448.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $48,527.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,650.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $400.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $756,842.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $756,842.79 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **International Orange Spa, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1** | **Bank of Marin**
Creditor's Name

**Attn: Bankruptcy
PO Box L
Novato, CA 94948-2039**
Creditor's mailing address

**N/A**
Creditor's email address, if known

**Date debt was incurred**
**3/2020**
**Last 4 digits of account number**
**0304**
**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Line of Credit issued, yet to be accessed.**

Describe the lien
**Line of Credit**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $0.00 | $0.00 |

**2.2** | **U.S. Small Business Administration**
Creditor's Name

**Attn: EIDL Loans
455 Market St. suite 600
San Francisco, CA 94105**
Creditor's mailing address

**disastercustomerservice@sba.gov**
Creditor's email address, if known

**Date debt was incurred**
**6/15/2020**
**Last 4 digits of account number**
**7910**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Economic Injury Disaster Loan secured by a blanket lien.**

Describe the lien
**Secured Loan With Lien On Business Assets**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| | $149,900.00 | $74,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | International Orange Spa, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ Contingent

■ No
☐ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$149,900.00**

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703-4261** | Line **2.2** | |
| **U.S. Small Business Administration**<br>**Attn: Office of Disaster Assistance**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | Line **2.2** | |
| **U.S. Small Business Administration**<br>**Attn: Bankruptcy**<br>**10737 Gateway West, 11300**<br>**El Paso, TX 79935** | Line **2.2** | |
| **U.S. Small Business Administration**<br>**Attn: Director, RMD**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | Line **2.2** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **International Orange Spa, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address
**Alana Joyful Simpson**
**2182 Vicksburg Ave**
**Oakland, CA 94601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$146.85**   Priority amount: **$146.85**

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

**2.2**  Priority creditor's name and mailing address
**Ashlee French**
**2140 20th St #5**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$167.54**   Priority amount: **$167.54**

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Case: 20-30812   Doc# 1   Filed: 10/11/20   Entered: 10/11/20 15:49:57   Page 17 of
46

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**CA Franchise Tax Board**
**Attn: Corporate  Bankruptcy**
**PO Box 942857**
**Sacramento, CA 94257-0050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**N/A**

**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$270.40** | **$270.40** |
|---|---|---|---|---|

**Casey Des Rosier**
**604 Bush St #406**
**San Francisco, CA 94108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**EDD-California Employee**
**Development Dept**
**PO Box 826846**
**Sacramento, CA 94246**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**N/A**

**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$76.58** | **$76.58** |
|---|---|---|---|---|

**Erin Moens**
**2291 Guerneville Rd #2**
**Santa Rosa, CA 95403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

Case: 20-30812   Doc# 1   Filed: 10/11/20   Entered: 10/11/20 15:49:57   Page 18 of 46

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.83 | $413.83 |
|---|---|---|---|---|

**Gabriel McVay**
**PO Box 3283**
**Fairfield, CA 94533**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.40 | $788.40 |
|---|---|---|---|---|

**Gena Price**
**625 Furlong Rd.**
**Sebastopol, CA 95472**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>5</u>)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400,000.00 | $1,400,000.00 |
|---|---|---|---|---|

**Gift Certificates**
**Various Holders**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**Unliquidated gift certificates**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Central Insolvency Section**
**PO Box 7346**
**Philadelphia, PA 19101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**N/A**

**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Case: 20-30812    Doc# 1    Filed: 10/11/20    Entered: 10/11/20 15:49:57    Page 19 of 46

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Lien Unit Division**
**Cincinnati IRS Campus**
**PO Box 145595**
**Cincinnati, OH 45250-5595**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**N/A**

**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,861.70 | $1,861.70 |
|---|---|---|---|---|

**Jeff Pontillo**
**1442 A. Walnut St #104**
**Berkeley, CA 94709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $314.16 | $314.16 |
|---|---|---|---|---|

**Jenefer Hernandez**
**4308 Jenkins Way**
**Richmond, CA 94806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,406.52 | $12,406.52 |
|---|---|---|---|---|

**Jennifer Gallegos**
**10 Milland Dr Apt 41**
**Mill Valley, CA 94941**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.56 | $226.56 |
| | **Kelly Mckonenn**<br>**11 South Knoll Road**<br>**Mill Valley, CA 94941** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various dates** | Basis for the claim:<br>**PTO/Benefits.** | | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.95 | $82.95 |
| | **Maria Cristina Mcilroy**<br>**2140 20th St #5**<br>**San Francisco, CA 94107** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various dates** | Basis for the claim:<br>**PTO/Benefits.** | | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.00 | $462.00 |
| | **Marrisa Carter**<br>**770 41st Ave**<br>**San Francisco, CA 94121** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various dates** | Basis for the claim:<br>**PTO/Benefits.** | | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.40 | $385.40 |
| | **Muhabere Vila**<br>**320 Ned's Way**<br>**Belvedere Tiburon, CA 94920** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various dates** | Basis for the claim:<br>**PTO/Benefits.** | | |
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ■ No<br>☐ Yes | | |

Case: 20-30812    Doc# 1    Filed: 10/11/20    Entered: 10/11/20 15:49:57    Page 21 of 46

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.49 | $2.49 |
|---|---|---|---|---|

**Nancy Chavarria Mata**
**1704 Lincoln Ave #10**
**San Rafael, CA 94901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $913.40 | $913.40 |
|---|---|---|---|---|

**Regina Miller**
**1106 Bush. St.  #602**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,983.69 | $3,983.69 |
|---|---|---|---|---|

**Ryan DeMatteo**
**PO Box 176**
**San Geronimo, CA 94963**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.43 | $325.43 |
|---|---|---|---|---|

**Sabrina O'Connell**
**1050 Court St #313**
**San Rafael, CA 94901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

Case: 20-30812    Doc# 1    Filed: 10/11/20    Entered: 10/11/20 15:49:57    Page 22 of
46

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.19 | $310.19 |
|---|---|---|---|---|

**Seda Poghosyan**
**7025 California St #301**
**San Francisco, CA 94121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $277.38 | $277.38 |
|---|---|---|---|---|

**Shalaya Cherry**
**1801 East Rimrock Rd.**
**Barstow, CA 92311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,566.06 | $1,566.06 |
|---|---|---|---|---|

**Tegan Ford**
**999 Broadway St Apt 8**
**San Francisco, CA 94133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various dates**

Basis for the claim:
**PTO/Benefits.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $562,607.00 |
|---|---|---|---|

**Cross River Bank**
**Attn: Bankruptcy**
**885 Teaneck Road**
**Teaneck, NJ 07666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/30/2020**

Last 4 digits of account number **7306**

Basis for the claim: **SBA Loan made through the Paycheck Protection Program (PPP).**

Is the claim subject to offset? ■ No  ☐ Yes

Case: 20-30812   Doc# 1   Filed: 10/11/20   Entered: 10/11/20 15:49:57   Page 23 of 46

**3.2** Nonpriority creditor's name and mailing address

**Markel Corporation**
**Attn: Bankruptcy**
**4521 Highwoods Parkway**
**Glen Allen, VA 23068**

Date(s) debt was incurred  **04/2019**

Last 4 digits of account number  **1012**

As of the petition filing date, the claim is: Check all that apply.                    **$14,765.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Worker's Compensation insurance classification/rate**
**increase.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Melissa Ferst**
**65 Hermit Lane**
**Kentfield, CA 94904**

Date(s) debt was incurred  **12/2015**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: Check all that apply.                    **$124,611.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Debtor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**Vera Cort, Trustee/Landlord**
**757 3rd Avenue**
**San Francisco, CA 94189**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: Check all that apply.                    **$350,000.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Lease rejection damages re: 2044 Fillmore St. 2nd**
**Floor, San Francisco, CA 94115.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cross River Bank**<br>**Attn: Loan Servicing Department**<br>**400 Kelby Street, 14th Floor**<br>**Fort Lee, NJ 07024** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Losch Ehrlich & Meyer, Attorneys at Law**<br>**Attn: Mark R. Meyer, Esq.**<br>**750 Battery Street**<br>**Suite 750**<br>**San Francisco, CA 94111** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Office of Management and Budget**<br>**Attn: SBA Desk Officer**<br>**New Executive Office Building**<br>**Rm. 10202**<br>**Washington, DC 20503** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **U.S. Small Business Administration**<br>**Attn: Director, RMD**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **U.S. Small Business Administration**<br>**Attn: PPP Loans**<br>**455 Market St. suite 600**<br>**San Francisco, CA 94105** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |

Case: 20-30812   Doc# 1   Filed: 10/11/20   Entered: 10/11/20 15:49:57   Page 24 of
46

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,424,981.53 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,051,983.48 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,476,965.01 |

Case: 20-30812     Doc# 1     Filed: 10/11/20     Entered: 10/11/20 15:49:57     Page 25 of 46

**Fill in this information to identify the case:**

Debtor name    **International Orange Spa, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **120 month Commercial Lease that began 4/1/2016 for Debtor's business property where Debtor is Lessee, located at: 2421 Larkspur Landing Circle, Ste. 43, Larkspur, CA 94939. Monthly contract rent = $17,476.83; Lessor holds a security deposit in the amount of $10,000.00.**<br><br>**Rent payments are in arrears dating back to 03/01/2020; Past due amount through 10/1/2020 rent = $115,573.18.** |
| State the term remaining   **5 years 6 months** | **Marin County Mart, LLC c/o J.S. Rosenfield & Co. 921 Montana Ave Attn: James S. Rosenfield. Santa Monica, CA 90403** |
| List the contract number of any government contract   **N/A** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 20-30812   Doc# 1   Filed: 10/11/20   Entered: 10/11/20 15:49:57   Page 26 of 46



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **36 month Vehicle lease that began 09/2019; Monthly contract pmt. = $336.76; No arrears. Leased Vehicle: 2019 Mazda CX-5  Utility 4D Touring 2WD I4 in good condition; Mileage = 11,000; NADA Average trade-in value = $20,950.00.**<br><br>**Vehicle is leased to Debtor who holds legal title only and has no equitable (0%) ownership interest in vehicle; Vehicle will be returned to Lessor upon lease completion; Lease to be assumed.** | |
|---|---|---|---|
| | State the term remaining | **1 year 11 months** | **Mazda Capital Services** |
| | | | **Attn: Bankruptcy** |
| | List the contract number of any government contract | **Mazda acct. # = x6185** | **PO Box 78058**<br>**Phoenix, AZ 85062** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **120 month Commercial Lease extension that began 1/1/2018 (Original lease began 2/21/2013 and was extended on 4/21/2017) for Debtor's business property where Debtor is Lessee, located at: 2044 Fillmore Street, 2nd floor, San Francisco, CA 94115. Monthly contract rent = $13,358.00; Lessor holds a security deposit in the amount of $14,448.00; Rent payments are in arrears and Debtor wishes to reject lease.** | |
|---|---|---|---|
| | State the term remaining | **8 years 2 months** | **Vera Cort, Trustee/Landlord** |
| | | | **757 3rd Avenue** |
| | List the contract number of any government contract | **N/A** | **San Francisco, CA 94118** |

Case: 20-30812    Doc# 1    Filed: 10/11/20    Entered: 10/11/20 15:49:57    Page 27 of 46

**Fill in this information to identify the case:**

Debtor name **International Orange Spa, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Case: 20-30812    Doc# 1    Filed: 10/11/20    Entered: 10/11/20 15:49:57    Page 28 of
46

Fill in this information to identify the case:

Debtor name **International Orange Spa, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$514,767.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$4,003,186.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$3,928,735.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Case: 20-30812　Doc# 1　Filed: 10/11/20　Entered: 10/11/20 15:49:57　Page 29 of 46

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Wells Fargo Business Correspondence Attention: Bankruptcy PO Box 29482 Acct # ending 6712 Phoenix, AZ 85038** | 10/7/2020: $8,000.00 10/4/2020: $4,512.51 09/1/2020: $4,161.55 08/3/2020: $5,948.44 | $22,622.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Business credit card payments** |
| 3.2.  **Wells Fargo Business Correspondence Attn: Bankruptcy PO Box 29482 Acct # ending 8539 Phoenix, AZ 85038** | 10/07/2020: $15,000.00 10/04/2020: $8,683.62 09/24/2020: $5,000.00 09/14/2020: $5,000.00 09/01/2020: $6,316.91 08/03/2020: $3,375.64 | $43,376.17 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Business credit card payments** |
| 3.3.  **Employees of International Orange Inc. Various Listed on Schedule E** | 10/10/2020: $47,580.41 (Prepayment of 10/25/2020 payroll) 10/10/2020: $35,081.72 (Regular payroll for 9/30/2020 pay period end date) 09/25/2020: $21,637.49 (Regular payroll for 9/15/2020 pay period end date) 09/10/2020: $35,157.42 (Regular payroll for 08/31/2020 pay period end date)  *Only payments in last 90 days. | $139,457.04 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Employee Payroll** |

Case: 20-30812    Doc# 1    Filed: 10/11/20    Entered: 10/11/20 15:49:57    Page 30 of 46

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Melissa Ferst** **65 Hermit Lane** **Kentfield, CA 94904** **President/100% Shareholder** | 10/1/2019 - 9/30/2020 | $147,829.40 | **Salary: $30,502.47** **Dividend Distributions:** **$89,000.00** **Health Insurance Benefits paid:** **$ 28,266.93** **Simple IRA Company Match:** **$60.00** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **(JESSIE) MAE SAWYER VS. INTERNATIONAL ORANGE SPA, INC. CSM20862409** | **Money; Suing for "Abuse of at will employment clause"** **\*Judgment in favor of Defendant/Debtor; Balance owed to Plantiff = $0.00** | **Superior Court of California San Francisco County 400 McCallister Street San Francisco, CA 94102** | ☐ Pending ☐ On appeal ☑ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Cashmere Foundation**<br>**314 Carrera Drive**<br>**Mill Valley, CA 94941** | **Cash donations when affordable.** | **Intermittently** | **$4,420.00** |
| | **Recipients relationship to debtor**<br>**None** | | | |
| 9.2. | **Reed School Foundation**<br>**1199 Tiburon Blvd.**<br>**Belvedere Tiburon, CA 94920** | **Cash donations when affordable** | **Intermittently** | **$519.95** |
| | **Recipients relationship to debtor**<br>**None** | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **St. James Law, P.C.**<br>**Michael St. James, Esq.**<br>**22 Battery Street, Suite 888**<br>**San Francisco, CA 94111** | **Attorney fees: $5,000.00 paid pre-filing**<br>**Attorney Retainer: $50,000.00** | **09/25/2020;**<br>**10/8/2020** | **$55,000.00** |
| | **Email or website address**<br>**michael@stjames-law.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Case: 20-30812   Doc# 1   Filed: 10/11/20   Entered: 10/11/20 15:49:57   Page 32 of 46

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. **Bachecki, Crom & Co., LLP Jay D. Crom, CPA/ABV/CFF, CIRA, CFE 400 Oyster Point Blvd. Ste. 106 South San Francisco, CA 94080** | **Bankruptcy/Tax Accountant Retainer fee: $5,000.00** | **10/8/2020** | **$5,000.00** |

**Email or website address
jcrom@bachcrom.com**

**Who made the payment, if not debtor?**

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **2044 Fillmore Street 2nd Floor San Francisco, CA 94115** | **06/01/2001 - 10/7/2020** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Case: 20-30812   Doc# 1   Filed: 10/11/20   Entered: 10/11/20 15:49:57   Page 33 of 46

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

       ☐ No Go to Part 10.
       ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **American Funds** | EIN:  **39-6971035** |

       Has the plan been terminated?
       ■ No
       ☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Kopsa Otte Associates LLC** **Certified Public Accountant** **306 E 7th St.** **York, NE 68467** | **1/2010 - present** |

Case: 20-30812    Doc# 1    Filed: 10/11/20    Entered: 10/11/20 15:49:57    Page 35 of 46

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    **Ryan DeMatteo**<br>**Bookkeeper/International Orange Employee**<br>**2421 Larkspur Landing Circle**<br>**Ste. 43**<br>**Larkspur, CA 94939** | **01/2015 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Melissa Ferst** | **65 Hermit Lane**<br>**Kentfield, CA 94904** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Melissa Ferst**<br>**65 Hermit Lane**<br>**Kentfield, CA 94904** | Salary: $30,502.47<br>Dividend Distributions: $89,000.00<br>Health Insurance Benefits paid: $ 28,266.93<br>Simple IRA Company Match: $60.00 | 10/1/2019 - 9/30/2020 | Owner's compensation |
| Relationship to debtor<br>**President/100% Shareholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **American Funds**<br>**PO BOX 6007**<br>**Indianapolis, IN 46206-6007** | EIN:     **Simple IRA Plan EIN = 39-6971035** |

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __October 11, 2020__

__/s/ Melissa Ferst__                                          __Melissa Ferst__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

Case: 20-30812    Doc# 1    Filed: 10/11/20    Entered: 10/11/20 15:49:57    Page 37 of 46

# United States Bankruptcy Court
## Northern District of California

In re **International Orange Spa, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Melissa Ferst**<br>**65 Hermit Lane**<br>**Kentfield, CA 94904** | **Common Stock** | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 11, 2020**

Signature **/s/ Melissa Ferst**

**Melissa Ferst**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                      Case No.

    **International Orange Spa, Inc.**

_____ Debtor(s).          /

<u>CREDITOR MATRIX COVER SHEET</u>

      I declare that the attached Creditor Mailing Matrix, consisting of __6__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **October 11, 2020**

                                 **/s/ Michael St. James**
                                 Signature of Debtor's Attorney or Pro Per Debtor

Alana Joyful Simpson
2182 Vicksburg Ave
Oakland, CA 94601


Ashlee French
2140 20th St #5
San Francisco, CA 94107


Bank of Marin
Attn: Bankruptcy
PO Box L
Novato, CA 94948-2039


CA Franchise Tax Board
Attn: Corporate Bankruptcy
PO Box 942857
Sacramento, CA 94257-0050


Casey Des Rosier
604 Bush St #406
San Francisco, CA 94108


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


Cross River Bank
Attn: Bankruptcy
885 Teaneck Road
Teaneck, NJ 07666


Cross River Bank
Attn: Loan Servicing Department
400 Kelby Street, 14th Floor
Fort Lee, NJ 07024

EDD-California Employee Development Dept
PO Box 826846
Sacramento, CA 94246


Erin Moens
2291 Guerneville Rd #2
Santa Rosa, CA 95403


Gabriel McVay
PO Box 3283
Fairfield, CA 94533


Gena Price
625 Furlong Rd.
Sebastopol, CA 95472


Gift Certificates
Various Holders


Internal Revenue Service
Central Insolvency Section
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service
Centralized Lien Unit Division
Cincinnati IRS Campus
PO Box 145595
Cincinnati, OH 45250-5595


Jeff Pontillo
1442 A. Walnut St #104
Berkeley, CA 94709

Jenefer Hernandez
4308 Jenkins Way
Richmond, CA 94806


Jennifer Gallegos
10 Milland Dr Apt 41
Mill Valley, CA 94941


Kelly Mckonenn
11 South Knoll Road
Mill Valley, CA 94941


Losch Ehrlich & Meyer, Attorneys at Law
Attn: Mark R. Meyer, Esq.
750 Battery Street
Suite 750
San Francisco, CA 94111


Maria Cristina Mcilroy
2140 20th St #5
San Francisco, CA 94107


Marin County Mart, LLC
c/o J.S. Rosenfield & Co.
921 Montana Ave
Attn: James S. Rosenfield.
Santa Monica, CA 90403


Markel Corporation
Attn: Bankruptcy
4521 Highwoods Parkway
Glen Allen, VA 23068


Marrisa Carter
770 41st Ave
San Francisco, CA 94121

Mazda Capital Services
Attn: Bankruptcy
PO Box 78058
Phoenix, AZ 85062


Melissa Ferst
65 Hermit Lane
Kentfield, CA 94904


Muhabere Vila
320 Ned's Way
Belvedere Tiburon, CA 94920


Nancy Chavarria Mata
1704 Lincoln Ave #10
San Rafael, CA 94901


Office of Management and Budget
Attn: SBA Desk Officer
New Executive Office Building
Rm. 10202
Washington, DC 20503


Regina Miller
1106 Bush. St. #602
San Francisco, CA 94109


Ryan DeMatteo
PO Box 176
San Geronimo, CA 94963


Sabrina O'Connell
1050 Court St #313
San Rafael, CA 94901

Seda Poghosyan
7025 California St #301
San Francisco, CA 94121


Shalaya Cherry
1801 East Rimrock Rd.
Barstow, CA 92311


Tegan Ford
999 Broadway St Apt 8
San Francisco, CA 94133


U.S. Small Business Administration
Attn: EIDL Loans
455 Market St. suite 600
San Francisco, CA 94105


U.S. Small Business Administration
Attn: Director, RMD
409 3rd St., SW
Washington, DC 20416


U.S. Small Business Administration
Attn: PPP Loans
455 Market St. suite 600
San Francisco, CA 94105


U.S. Small Business Administration
Attn: Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155


U.S. Small Business Administration
Attn: Bankruptcy
10737 Gateway West, 11300
El Paso, TX 79935

Vera Cort, Trustee/Landlord
757 3rd Avenue
San Francisco, CA 94189

# United States Bankruptcy Court
## Northern District of California

In re    __International Orange Spa, Inc._____     Case No. _____

                                      Debtor(s)                 Chapter     __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    __International Orange Spa, Inc.__    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__October 11, 2020_____          **/s/ Michael St. James**_____

Date                                   **Michael St. James**

                                       Signature of Attorney or Litigant

                                       Counsel for    **International Orange Spa, Inc.**_____

                                       **St. James Law, P.C**

                                       **22 Battery Street, Suite 888**
                                       **San Francisco, CA 94111**
                                       **(415) 391-7568 Fax:(415) 391-7568**
                                       **michael@stjames-law.com**