**Fill in this information to identify the case:**

Debtor Name  International Orange Spa, Inc.

United States Bankruptcy Court for the: Northern District of California

Case number: 20-30812

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _____10/11/20 - 10/31/20_____

Date report filed: __11/20/2020__
MM / DD / YYYY

Line of business: __Wellness Spa__

NAISC code: __812190__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:              Melissa Ferst, President

Original signature of responsible party       /s/ *Melissa Ferstg*

Printed name of responsible party        Melissa Ferst

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:-:|:-:|:-:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Case: 20-30812     Doc# 55     Filed: 11/23/20     Entered: 11/23/20 17:57:43     Page 1 of 18

17. Have you paid any bills you owed before you filed bankruptcy?          ☐   ☑   ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☑   ☐   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 672,147.90

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $ 119,733.22

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.          − $ 44,371.29

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 75,361.93

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 747,509.83

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ 40,429.90

    *(Exhibit E)*

Case: 20-30812   Doc# 55   Filed: 11/23/20   Entered: 11/23/20 17:57:43   Page 2 of 18

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                          $ _____516.53_____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                         24

27. What is the number of employees as of the date of this monthly report?                                            25

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?             $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00_____

30. How much have you paid this month in other professional fees?                                       $ _____710.00_____

31. How much have you paid in total other professional fees since filing the case?                      $ _____710.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ 119,733.22 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 44,371.29 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ 75,361.93 | = | $ _____ |

35. Total projected cash receipts for the next month:                                                       $ 150,000.00

36. Total projected cash disbursements for the next month:                                               − $ 175,000.00

37. Total projected net cash flow for the next month:                                                     = $ -25,000.00

Case: 20-30812    Doc# 55    Filed: 11/23/20    Entered: 11/23/20 17:57:43    Page 3 of 18

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Case: 20-30812    Doc# 55    Filed: 11/23/20    Entered: 11/23/20 17:57:43    Page 4 of 18

**International Orange Spa, Inc.**
**Case Number: 20-30812**
**Ch 11 Filed: 10/11/2020**

## Notes to the Ch 11 Operating Report

**Note 1: Bank Reconciliation**

| | | |
|---|---|---:|
| | **Bank of Marin x9901:** | |
| | **Bank Balance 10/31/2020** | **2,500.00** |
| | Outstanding Items: | |
| | (None) | - |
| | **Book Balance 10/31/2020** | **2,500.00** |
| | | |
| | **Wells Fargo x6773 DIP Money Market Savings:** | |
| | **Bank Balance 10/31/2020** | **612,579.12** |
| | Outstanding Items: | |
| | (None) | - |
| | **Book Balance 10/31/2020** | **612,579.12** |
| | | |
| | **Wells Fargo x5250 DIP Checking:** | |
| | **Bank Balance 10/31/2020** | **140,387.85** |
| | Outstanding Items: | |
| 10/13/2020 | PG&E | (454.44) |
| 10/31/2020 | Visa, MasterCard Fees | (5,399.09) |
| 10/31/2020 | Fillmore Laundry - check #8514 | (4,745.14) |
| 10/31/2020 | Philadelphia Insurance (Liability Insurance) | (1,472.17) |
| 10/31/2020 | Visa, MasterCard Fees | (983.06) |
| 10/31/2020 | Visa, MasterCard Fees | (653.49) |
| | Deposits in Transit: | |
| 10/29/2020 | Visa, MasterCard Deposits in Transit | 3,076.55 |
| 10/30/2020 | Visa, MasterCard Deposits in Transit | 447.56 |
| 10/30/2020 | Visa, MasterCard Deposits in Transit | 4,587.30 |
| 10/31/2020 | Sed Poghosyan - Deposit in Transit (reimb from EE) | 313.00 |
| 10/31/2020 | Visa, MasterCard Deposits in Transit | 360.00 |
| 10/31/2020 | Visa, MasterCard Deposits in Transit | 7,786.67 |
| | **Book Balance 10/31/2020** | **143,251.54** |

**Note 2: The following parties have estimated accrued professional fees:**

| Professional | Post-Pet Accrued Fees thru 10/31 | Unearned Retainer Avail as of 10/11 |
|---|---:|---:|
| St. James Law, P.C. - Debtor's Counsel | 16,404.57 | 28,829.65 |
| Bachecki, Crom & Co, LLP - Debtor's Accountant | 937.20 | 1,747.00 |
| **Subtotal professional fees** | **17,341.77** | **30,576.65** |

# Wells Fargo Business Choice Checking



INTERNATIONAL ORANGE SPA INC
DEBTOR IN POSSESSION
CH11 CASE #20-30812 (NCA)
2421 LARKSPUR LNDG CIR STE 43
LARKSPUR CA 94939

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español:  1-877-337-7454*

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of several of our accounts. If these changes affect you, a detailed message is included below your transaction detail for each impacted account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $93,445.35 |
| Deposits/Credits | 251,806.93 |
| Withdrawals/Debits | - 204,864.43 |
| **Ending balance on 10/31** | **$140,387.85** |
| Average ledger balance this period | $98,894.61 |

Account number: ███5250

**INTERNATIONAL ORANGE SPA INC**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-30812 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████

For Wire Transfers use
Routing Number (RTN): ████


Case: 20-30812   Doc# 55   Filed: 11/23/20   Entered: 11/23/20 17:57:43   Page 6 of 18



## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/1 | | 10/01Bankcard Deposit -0487211819 | 345.04 | | 93,790.39 |
| 10/2 | | 5/3 Bankcard Sys Net Setlmt 100120 529000125057 Worldpay Net Setlmt 529000125057 | 5,773.10 | | |
| 10/2 | | 10/02Bankcard Deposit -0487211819 | 180.00 | | |
| 10/2 | | Bill Pay PG&E Gas Spa on-Line xxxxx30173 on 10-02 | | 60.83 | |
| 10/2 | | Bill Pay Comcast Spa on-Line Xxxxxxxxxxx30162 on 10-02 | | 189.92 | |
| 10/2 | | Bill Pay PG&E Spa on-Line xxxxx32693 on 10-02 | | 207.11 | |
| 10/2 | | Bill Pay Stonesthrow Consulting on-Line No Account Number on 10-02 | | 2,737.50 | |
| 10/2 | < | Business to Business ACH Debit - U. P. S. UPS Bill 2027000004Y236F International Orange | | 927.40 | 95,620.73 |
| 10/5 | | 10/05Bankcard Deposit -0487211819 | 841.14 | | |
| 10/5 | | 10/05Bankcard Deposit -0487211819 | 220.12 | | |
| 10/5 | | 10/05Bankcard Deposit -0487211819 | 1,579.38 | | |
| 10/5 | | 5/3 Bankcard Sys Net Setlmt 100220 529000125057 Worldpay Net Setlmt 529000125057 | 4,580.85 | | |
| 10/5 | | 5/3 Bankcard Sys Net Setlmt 100320 529000125057 Worldpay Net Setlmt 529000125057 | 4,776.98 | | |
| 10/5 | | 5/3 Bankcard Sys Net Setlmt 100420 529000125057 Worldpay Net Setlmt 529000125057 | 6,087.17 | | |
| 10/5 | | Adp Wage Pay Wage Pay 201005 497556361576B44 International Orange S | 411.62 | | |
| 10/5 | | Online Transfer Ref #Ib08Ymgstx to Wells Fargo Business Elite Signature Car Xxxxxxxxxxxx6712 on 10/04/20 | | 4,512.51 | |
| 10/5 | | Online Transfer Ref #Ib08Ymgw36 to Wells Fargo Business Elite Signature Car Xxxxxxxxxxxx8539 on 10/04/20 | | 8,683.62 | |
| 10/5 | 8507 | Deposited OR Cashed Check | | 304.52 | 100,617.34 |
| 10/6 | | 5/3 Bankcard Sys Net Setlmt 100520 529000125057 Worldpay Net Setlmt 529000125057 | 6,310.89 | | |
| 10/6 | | 10/06Bankcard Deposit -0487211819 | 569.00 | | |
| 10/6 | < | Business to Business ACH Debit - Vantiv_Intg_Pymt Billng 200930 529000038785 Merch Bankcard 1636427 International Orange | | 1,179.04 | |
| 10/6 | < | Business to Business ACH Debit - Vantiv_Intg_Pymt Billng 200930 529000125057 Merch Bankcard 1656087 International Orange Lar | | 2,656.01 | |
| 10/6 | < | Business to Business ACH Debit - Adp Wage Pay Wage Pay 201006 285080348169B44 International Orange S | | 24,376.94 | 79,285.24 |
| 10/7 | | 5/3 Bankcard Sys Net Setlmt 100620 529000125057 Worldpay Net Setlmt 529000125057 | 4,899.30 | | |
| 10/7 | | 10/07Bankcard Deposit -0487211819 | 524.15 | | |
| 10/7 | | Online Transfer From International Orange Spa, Inc. Business Market Rate Savings xxxxxx6773 Ref #Ib08Z5Qdwr on 10/07/20 | 100,000.00 | | |
| 10/7 | | Online Transfer Ref #Ib08Z5Pw43 to Wells Fargo Business Elite Signature Car Xxxxxxxxxxxx6712 on 10/07/20 | | 8,000.00 | |
| 10/7 | | Online Transfer Ref #Ib08Z5PY3T to Wells Fargo Business Elite Signature Car Xxxxxxxxxxxx8539 on 10/07/20 | | 15,000.00 | |
| 10/7 | < | Business to Business ACH Debit - Adp Tax Adp Tax 201007 04B44 100740A01 International Orange S | | 10,704.78 | |
| 10/7 | < | Business to Business ACH Debit - Adp Wage Pay Wage Pay 201007 934416412375B44 International Orange S | | 33,614.80 | |
| 10/7 | < | Business to Business ACH Debit - American Funds Investment 000000 000000396971035 International Orange S | | 988.27 | |
| 10/7 | 8508 | Check | | 155.35 | 116,245.49 |

Case: 20-30812   Doc# 55   Filed: 11/23/20   Entered: 11/23/20 17:57:43   Page 7 of 18



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/8 | | 10/08Bankcard Deposit -0487211819 | 401.46 | | |
| 10/8 | 8534 | Deposited OR Cashed Check | | 800.00 | |
| 10/8 | 8498 | Deposited OR Cashed Check | | 298.10 | |
| 10/8 | < | Business to Business ACH Debit - Adp Tax Adp Tax 201008 04B44 100841A01 International Orange S | | 13,965.61 | |
| 10/8 | 8505 | Check | | 258.52 | |
| 10/8 | 8506 | Check | | 129.61 | 101,195.11 |
| 10/9 | | 5/3 Bankcard Sys Net Setlmt 100820 529000125057 Worldpay Net Setlmt 529000125057 | 3,875.29 | | |
| 10/9 | | Wire Trans Svc Charge - Sequence: 201009106579 Srf# 0000539283500771 Trn#201009106579 Rfb# | | 30.00 | |
| 10/9 | | Wire Trans Svc Charge - Sequence: 201009106654 Srf# 0000539283325771 Trn#201009106654 Rfb# | | 30.00 | |
| 10/9 | | WT Fed#09752 First Republic Ban /Ftr/Bnf=St. James Law PC Srf# 0000539283500771 Trn#201009106579 Rfb# | | 50,000.00 | |
| 10/9 | | WT Fed#09760 First Republic Ban /Ftr/Bnf=Bachecki, Crom and CO., LLP Srf# 0000539283325771 Trn#201009106654 Rfb# | | 5,000.00 | |
| 10/9 | | Equitable Ins. 201007 112026294Mf International Orange | | 22.26 | |
| 10/9 | < | Business to Business ACH Debit - Adp Payroll Fees Adp - Fees 201009 10B44 7907872 International Orange S | | 204.10 | 49,784.04 |
| 10/13 | | 10/13Bankcard Deposit -0487211819 | 260.41 | | |
| 10/13 | | 10/13Bankcard Deposit -0487211819 | 665.69 | | |
| 10/13 | | 10/13Bankcard Deposit -0487211819 | 150.00 | | |
| 10/13 | | 10/13Bankcard Deposit -0487211819 | 330.00 | | |
| 10/13 | | 5/3 Bankcard Sys Net Setlmt 100920 529000125057 Worldpay Net Setlmt 529000125057 | 4,119.72 | | |
| 10/13 | | 5/3 Bankcard Sys Net Setlmt 101020 529000125057 Worldpay Net Setlmt 529000125057 | 6,089.44 | | |
| 10/13 | | 5/3 Bankcard Sys Net Setlmt 101220 529000125057 Worldpay Net Setlmt 529000125057 | 6,123.47 | | |
| 10/13 | | 5/3 Bankcard Sys Net Setlmt 101120 529000125057 Worldpay Net Setlmt 529000125057 | 7,355.10 | | |
| 10/13 | | Recurring Transfer to Ferst M Ref #Op08Znfxrr Way2Save Checking Dsl Reimbursement | | 75.00 | 74,802.87 |
| 10/14 | | 5/3 Bankcard Sys Net Setlmt 101320 529000125057 Worldpay Net Setlmt 529000125057 | 4,717.39 | | |
| 10/14 | | 10/14Bankcard Deposit -0487211819 | 922.46 | | 80,442.72 |
| 10/15 | | 5/3 Bankcard Sys Net Setlmt 101420 529000125057 Worldpay Net Setlmt 529000125057 | 2,342.87 | | |
| 10/15 | | 10/15Bankcard Deposit -0487211819 | 192.00 | | 82,977.59 |
| 10/16 | | 5/3 Bankcard Sys Net Setlmt 101520 529000125057 Worldpay Net Setlmt 529000125057 | 3,136.97 | | |
| 10/16 | | 10/16Bankcard Deposit -0487211819 | 951.19 | | 87,065.75 |
| 10/19 | | 10/19Bankcard Deposit -0487211819 | 197.08 | | |
| 10/19 | | 10/19Bankcard Deposit -0487211819 | 503.89 | | |
| 10/19 | | 5/3 Bankcard Sys Net Setlmt 101620 529000125057 Worldpay Net Setlmt 529000125057 | 3,233.17 | | |
| 10/19 | | 5/3 Bankcard Sys Net Setlmt 101820 529000125057 Worldpay Net Setlmt 529000125057 | 5,851.62 | | |
| 10/19 | | 5/3 Bankcard Sys Net Setlmt 101720 529000125057 Worldpay Net Setlmt 529000125057 | 8,766.66 | | |
| 10/19 | | Gpurch Investmen Investment 201019 000000396971035 International Orange@@ | | 1,171.33 | |
| 10/19 | < | Business to Business ACH Debit - The Hartford Nwtbclscic 14912744 Melissa Ferst / Intern | | 853.21 | 103,593.63 |
| 10/20 | | 5/3 Bankcard Sys Net Setlmt 101920 529000125057 Worldpay Net Setlmt 529000125057 | 7,876.54 | | |
| 10/20 | | 10/20Bankcard Deposit -0487211819 | 904.33 | | 112,374.50 |
| 10/21 | | 5/3 Bankcard Sys Net Setlmt 102020 529000125057 Worldpay Net Setlmt 529000125057 | 3,545.25 | | |
| 10/21 | | 10/21Bankcard Deposit -0487211819 | 618.61 | | 116,538.36 |

Sheet Seq = 0037179
Sheet 00002 of 00004



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/22 | | 5/3 Bankcard Sys Net Setlmt 102120 529000125057 Worldpay Net Setlmt 529000125057 | 1,708.67 | | |
| 10/22 | | 10/22Bankcard Deposit -0487211819 | 150.00 | | |
| 10/22 | | Bill Pay Arcona, Inc. on-Line No Account Number on 10-22 | | 812.00 | |
| 10/22 | | Check | | 689.50 | |
| 10/22 | 8512 | Check | | 4,609.18 | 112,286.35 |
| 10/23 | | 5/3 Bankcard Sys Net Setlmt 102220 529000125057 Worldpay Net Setlmt 529000125057 | 3,125.26 | | |
| 10/23 | | 10/23Bankcard Deposit -0487211819 | 500.00 | | |
| 10/23 | 8511 | Check | | 2,900.00 | 113,011.61 |
| 10/26 | | ACH2B Payments Oct 22 Ft Sre 10014360000003712 for 2020-10-26 A/C Wells | 83.00 | | |
| 10/26 | | 10/26Bankcard Deposit -0487211819 | 551.00 | | |
| 10/26 | | 10/26Bankcard Deposit -0487211819 | 48.83 | | |
| 10/26 | | 5/3 Bankcard Sys Net Setlmt 102320 529000125057 Worldpay Net Setlmt 529000125057 | 2,270.48 | | |
| 10/26 | | 5/3 Bankcard Sys Net Setlmt 102520 529000125057 Worldpay Net Setlmt 529000125057 | 6,063.18 | | |
| 10/26 | | 5/3 Bankcard Sys Net Setlmt 102420 529000125057 Worldpay Net Setlmt 529000125057 | 7,580.34 | | |
| 10/26 | | Kaiser Group Due Telephone 201023 043000097293380 1400310000033739547266 | | 5,496.00 | |
| 10/26 | 8513 | Check | | 153.06 | 123,959.38 |
| 10/27 | | 5/3 Bankcard Sys Net Setlmt 102620 529000125057 Worldpay Net Setlmt 529000125057 | 6,351.63 | | |
| 10/27 | | 10/27Bankcard Deposit -0487211819 | 321.52 | | |
| 10/27 | | Bill Pay Arcona, Inc. on-Line No Account Number on 10-27 | | 1,621.00 | 129,011.53 |
| 10/28 | | 5/3 Bankcard Sys Net Setlmt 102720 529000125057 Worldpay Net Setlmt 529000125057 | 2,199.70 | | |
| 10/28 | | 10/28Bankcard Deposit -0487211819 | 690.18 | | |
| 10/28 | | Edeposit IN Branch/Store 10/28/20 11:11:32 Am 3 Tunstead Ave San Anselmo CA | 380.40 | | |
| 10/28 | | Edeposit IN Branch/Store 10/28/20 11:13:12 Am 3 Tunstead Ave San Anselmo CA | 2,442.00 | | 134,723.81 |
| 10/29 | | 5/3 Bankcard Sys Net Setlmt 102820 529000125057 Worldpay Net Setlmt 529000125057 | 2,066.48 | | |
| 10/29 | | 10/29Bankcard Deposit -0487211819 | 899.78 | | |
| 10/29 | | First Insurance Insurance 900-92257815 International Orange S | | 807.34 | 136,882.73 |
| 10/30 | | 5/3 Bankcard Sys Net Setlmt 102920 529000125057 Worldpay Net Setlmt 529000125057 | 3,402.04 | | |
| 10/30 | | 10/30Bankcard Deposit -0487211819 | 743.09 | | |
| 10/30 | | < Business to Business ACH Debit - U. P. S. UPS Bill 2029800004Y236F International Orange | | 640.01 | 140,387.85 |
| Ending balance on 10/31 | | | | | 140,387.85 |
| Totals | | | $251,806.93 | $204,864.43 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.

<  **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | 10/22 | 689.50 | 8505 * | 10/8 | 258.52 | 8507 | 10/5 | 304.52 |
| 8498 | 10/8 | 298.10 | 8506 | 10/8 | 129.61 | 8508 | 10/7 | 155.35 |

Case: 20-30812    Doc# 55    Filed: 11/23/20    Entered: 11/23/20 17:57:43    Page 9 of 18



## Summary of checks written  (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 8511 * | 10/23 | 2,900.00 | 8513 | 10/26 | 153.06 | 8534 * | 10/8 | 800.00 |
| 8512 | 10/22 | 4,609.18 | | | | | | |

\* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents.

| Fee period 10/01/2020 - 10/31/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $98,895.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 27 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | ☑ |
|   - Average ledger balance in business checking, savings, and Time Accounts (Cds) | | |
|   - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balance from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|   - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 2,400 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 58 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## IMPORTANT ACCOUNT INFORMATION:

**Your Wells Fargo Business Choice Checking account is changing.**

**Effective with the fee period beginning after October 8, 2020,** the current options to avoid the $14 monthly service fee, as displayed in the monthly service fee summary section of this statement above, will no longer be available. Once these changes are effective, the monthly service fee can be avoided with ONE of the following new options each fee period:

- Maintain a $500 minimum daily balance
- Maintain a $1,000 average ledger balance

Sheet Seq = 0037180
Sheet 00003 of 00004

# Business Market Rate Savings

October 31, 2020 ■ Page 1 of 4



WELLS
FARGO

INTERNATIONAL ORANGE SPA INC
DEBTOR IN POSSESSION
CH11 CASE #20-30812 (NCA)
2421 LARKSPUR LNDG CIR STE 43
LARKSPUR CA 94939

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## ✔ IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of several of our accounts. If these changes affect you, a detailed message is included below your transaction detail for each impacted account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $712,573.75 |
| Deposits/Credits | 5.37 |
| Withdrawals/Debits | - 100,000.00 |
| **Ending balance on 10/31** | **$612,579.12** |
| Average ledger balance this period | $631,928.58 |

Account number: ⬛⬛6773

**INTERNATIONAL ORANGE SPA INC**
**DEBTOR IN POSSESSION**
**CH11 CASE #20-30812 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ⬛⬛⬛

For Wire Transfers use
Routing Number (RTN): ⬛⬛⬛

(1⬛4)
Sheet Seq = 0100736
Sheet 00001 of 00002

Case: 20-30812   Doc# 55   Filed: 11/23/20   Entered: 11/23/20 17:57:43   Page 11 of 18



## Interest summary

| | |
|---|---|
| Interest paid this statement | $5.37 |
| Average collected balance | $631,928.58 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $5.37 |
| Interest paid this year | $32.96 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 10/7 | ✳ Online Transfer to International Orange Spa, Inc. Business Checking xxxxxx5250 Ref #Ib08Z5Qdwr on 10/07/20 | | 100,000.00 | 612,573.75 |
| 10/30 | Interest Payment | 5.37 | | 612,579.12 |
| | Ending balance on 10/31 | | | 612,579.12 |
| | Totals | $5.37 | $100,000.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✳ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2020 - 10/31/2020 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $631,929.00 ☑ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
YC/YC

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited Items | 0 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

IMPORTANT ACCOUNT INFORMATION:

Case: 20-30812   Doc# 55   Filed: 11/23/20   Entered: 11/23/20 17:57:43   Page 12 of 18


**Bank of Marin**

PO Box 2039
Novato, CA 94948-2039

00005062 BOMB1110103120070657 01   1000
INTERNATIONAL ORANGE SPA INC
DBA  INTERNATIONAL ORANGE
2421 LARKSPUR LANDING CIR SUITE 43
LARKSPUR CA 94939-1804

## Customer Service Information

**Branch:**
Mon-Fri 10am-6pm 415-785-1565
**Touch Tone Banking:** 800-654-5111

**Lost or Stolen Card:**
Mon-Fri 9am-6pm 415-884-4551
After Hours 800-236-2442

**Written Inquiries:**
501 SIR FRANCIS DRAKE BLVD
GREENBRAE, CA 94904

**Visit us Online:** www.bankofmarin.com

## Account Summary for BASIC BUSINESS ████████9901

| | |
|---|---|
| **Beginning Balance as of 09/30/20** | **$2,500.00** |
| (+) Deposits and Credits (0) | 0.00 |
| (-) Withdrawals and Debits (0) | 0.00 |
| **Ending Balance as of 10/30/20** | **$2,500.00** |

**\*\* No activity this statement period \*\***

## Overdraft/Return Item Fees

| Description | Total this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



00005062 00005062 0001 0001 BOMB1110103120070657 01

# Exhibit C - Total Cash Receipts (10/11/2020 - 10/31/2020)

## International Orange Spa, Inc.

| Date | Type | Name | Memo/Description | Bank Account Account | Split | Amount |
|---|---|---|---|---|---|---|
| 10/11/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 6,123.47 |
| 10/11/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 815.69 |
| 10/11/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/12/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 4,717.39 |
| 10/12/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/12/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 237.78 |
| 10/13/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 2,342.87 |
| 10/13/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 1,022.48 |
| 10/13/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/14/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 3,136.97 |
| 10/14/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/15/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 3,233.17 |
| 10/15/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 1,143.19 |
| 10/15/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/16/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 8,766.66 |
| 10/16/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 600.95 |
| 10/16/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/17/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 5,851.62 |
| 10/17/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/17/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 92.22 |
| 10/18/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 7,876.54 |
| 10/18/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 663.89 |
| 10/18/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/19/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 3,545.25 |
| 10/19/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/19/2020 | Deposit | Cheri Wong | | Wells Fargo Checking x5250 | Programs:Health | 380.40 |
| 10/19/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 173.44 |
| 10/20/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 1,708.67 |
| 10/20/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 618.61 |
| 10/20/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/21/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 3,125.26 |
| 10/21/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/21/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 150.00 |
| 10/22/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 2,270.48 |
| 10/22/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/22/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 500.00 |
| 10/23/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 7,580.34 |
| 10/23/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/24/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 6,063.18 |
| 10/24/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 551.00 |
| 10/24/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/25/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 6,351.63 |
| 10/25/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/25/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 48.83 |
| 10/26/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 2,199.70 |
| 10/26/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/26/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 321.52 |
| 10/27/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 2,066.48 |
| 10/27/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 690.18 |

Exhibit C

| Date | Type | Name | Memo/Description | Bank Account Account | Split | Amount |
|---|---|---|---|---|---|---|
| 10/27/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/28/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 3,402.04 |
| 10/28/2020 | Deposit | | | Wells Fargo Checking x5250 | -Split- | 2,442.00 |
| 10/28/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 899.78 |
| 10/28/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/29/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 3,076.55 |
| 10/29/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 743.09 |
| 10/29/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/30/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 4,587.30 |
| 10/30/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/30/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 447.56 |
| 10/30/2020 | Deposit | Wells Fargo | | Wells Fargo Savings x6773 | Interest/Dividend | 5.37 |
| 10/31/2020 | Journal Entry | | (dr) Visa/MC/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 7,786.67 |
| 10/31/2020 | Journal Entry | | (cr) Cash in Drawer end of Day | Cash Drawer - Marin | -Split- | 500.00 |
| 10/31/2020 | Journal Entry | | (dr) WEB Visa/MC/Amex/Discover Deposits | Wells Fargo Checking x5250 | -Split- | 360.00 |
| 10/31/2020 | Deposit | Seda Poghosyan | | Wells Fargo Checking x5250 | Programs:Health | 313.00 |
| 10/31/2020 | Journal Entry | | (dr) Cash in Drawer end of day | Cash Drawer - Fillmore | -Split- | 200.00 |
| | | | **Subtotal (10/11/2020 - 10/31/2020)** | | | **119,733.22** |

# Exhibit D - Total cash disbursements (10/11/2020 - 10/31/2020)
## International Orange Spa, Inc.

| Date | Name | Memo/Description | Bank Account Account | Split | Amount |
|------|------|-----------------|----------------------|-------|-------:|
| 10/11/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/12/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/12/2020 | American Funds | Participant Matching | Wells Fargo Checking x5250 | -Split- | -1,171.33 |
| 10/13/2020 | PG&E Marin | | Wells Fargo Checking x5250 | Accounts Payable | -454.44 |
| 10/13/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/14/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/15/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/16/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/17/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/18/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/19/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/19/2020 | The Hartford | | Wells Fargo Checking x5250 | Insurance:Insurance - Liability/Property | -853.21 |
| 10/19/2020 | Fillmore Laundry | SEPT Invoice | Wells Fargo Checking x5250 | Security Deposits - Rental | -2,900.00 |
| 10/19/2020 | Marin Country Mart, LLC | | Wells Fargo Checking x5250 | Accounts Payable | -4,609.18 |
| 10/20/2020 | Ashlee French | Final PTO | Wells Fargo Checking x5250 | -Split- | -153.06 |
| 10/20/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/21/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/21/2020 | Arcona, Inc. - retail purchases | | Wells Fargo Checking x5250 | Accounts Payable | -812.00 |
| 10/22/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/22/2020 | Mazda Capital Services | | Wells Fargo Checking x5250 | Vehicle Lease | -689.50 |
| 10/23/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/23/2020 | Kaiser Permanente | OCT Bill ACH | Wells Fargo Checking x5250 | Employee Programs:Health Insurance | -5,496.00 |
| 10/24/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/25/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/26/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/26/2020 | Arcona, Inc. - retail purchases | | Wells Fargo Checking x5250 | Accounts Payable | -1,621.00 |
| 10/27/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/28/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/29/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/29/2020 | First Insurance Funding Corp. | | Wells Fargo Checking x5250 | Accounts Payable | -807.34 |
| 10/30/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/30/2020 | UPS | AUG | Wells Fargo Checking x5250 | COGS - Webshop Shipping | -640.01 |
| 10/31/2020 | | (cr) Cash in Drawer beginning of day | Cash Drawer - Fillmore | -Split- | -200.00 |
| 10/31/2020 | IO Cash | OCT | Petty Cash Marin | -Split- | -211.27 |
| 10/31/2020 | | (cr) Cash in Drawer beginning of Day | Cash Drawer - Marin | -Split- | -500.00 |
| 10/31/2020 | Visa/Mastercard | WEB CC Fees Estimate | Wells Fargo Checking x5250 | COGS - CC Merchant Fees | -653.49 |
| 10/31/2020 | Visa/Mastercard | SF CC Fees | Wells Fargo Checking x5250 | COGS - CC Merchant Fees | -983.06 |
| 10/31/2020 | Philadelphia Insurance Companies | | Wells Fargo Checking x5250 | Insurance:Insurance - Liability/Property | -1,472.17 |
| 10/31/2020 | Fillmore Laundry | OCT Invoice | Wells Fargo Checking x5250 | Spa Expenses - General:Laundry | -4,745.14 |
| 10/31/2020 | Visa/Mastercard | MCM CC Fees | Wells Fargo Checking x5250 | COGS - CC Merchant Fees | -5,399.09 |
| | | | | **Subtotal (10/11/2020 - 10/31/2020)** | **-44,371.29** |

# Exhibit E - Post Petition A/P

## International Orange Spa, Inc.
## Post-Petition (only) A/P Aging Summary
### As of October 31, 2020

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **ADP, INC.** | 26,838.94 | | | | | 26,838.94 |
| **Comcast Marin** | 180.01 | | | | | 180.01 |
| **Marin Country Mart, LLC** | 12,614.16 | | | | | 12,614.16 |
| **PG&E Marin** | 796.09 | | | | | 796.09 |
| **TOTAL** | $ 40,429.20 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 40,429.20 |

# International Orange Spa, Inc.

### EXHIBIT F - A/R AGING SUMMARY

As of October 31, 2020

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Amazon | | | | | 0.00 | $0.00 |
| JS Sullivan Development | | | 333.82 | | 182.71 | $516.53 |
| Misc Adj | | | | | 0.00 | $0.00 |
| Paypal | | | | | 0.00 | $0.00 |
| Spa Addicts | | | | | 0.00 | $0.00 |
| Spa Finder | | | | | 0.00 | $0.00 |
| Supple Berkeley LLC | | | | | 0.00 | $0.00 |
| TOTAL | $0.00 | $0.00 | $333.82 | $0.00 | $182.71 | $516.53 |